IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10 - CV - 00934 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JESUS J. JABALERA E., and
YOUNG YIL JO, et al.,

    Plaintiffs, named as Petitioners,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT BARACK OBAMA,

    Defendants, named as Respondents,

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONERS TO CURE DEFICIENCY

Plaintiffs, Jesus J. Jabalera E. and Young Yil Jo, named as Petitioners, have submitted a "Civil Rights Action Under 42 USCS 1983 Compalints [sic] Under 2255" that only Young Yil Jo has signed. Plaintiffs have failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 for each Plaintiff. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __X__ are not submitted **(each Plaintiff must submit a completed form)**
(2) ___ is missing affidavit
(3) __X__ are missing certified copies of prisoners' trust fund statements for the 6-month period immediately preceding this filing **(from each Plaintiff)**
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) __X__ other: **Motions are necessary only if $350.00 filing fee is not paid in advance.**

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) __X__ is not on proper form **(must use the Court's current form)**
(13) __X__ is missing original signatures by the prisoners **(each Plaintiff must sign)**
(14) ___ is missing page nos. ___
(15) __X__ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to the Plaintiffs, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that each Plaintiff must submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and that the Plaintiffs must **jointly submit one amended complaint** on the court-approved form that **each Plaintiff has signed**. It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies as directed **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22nd day of April, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10 – CV – 00934

Jesus J. Jabalera E.
Prisoner No. 36283-013
Airpark Unite Corr. Center
3700 Wright Ave.
Big Spring, TX 79720

Young Yil Jo
Prisoner No. 01183-112
Airpark Unite Corr. Center
3700 Wright Ave.
Big Spring, TX 79720

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on  4/26/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk