IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00934-BNB

JESUS J. JABALERA E., and
YOUNG TIL JO, et al.,

    Plaintiffs, named as Petitioners,

v.

SIX UNKNOWN NAMES AGENTS, and
MR. PRESIDENT BARACK OBAMA,

    Defendants, named as Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

    Plaintiffs, Jesus J. Jabalera E. and Young Yil Jo, are prisoners in the custody of the Federal Bureau of Prisons and are currently incarcerated at the Big Spring Correctional Institution in Big Spring, Texas. They initiated this action by filing on April 26, 2010, a "Civil Rights Action Under 42 USCS 1983 Compalints [sic] Under 2255" that was signed only by Mr. Jo.

    In an order filed on April 26, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Jabalera and Mr. Jo to cure certain deficiencies if they wished to pursue their claims. Specifically, Magistrate Judge Boland ordered the Plaintiffs to either pay the filing fee or file motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland also ordered the Plaintiffs to file a complaint on the court-approved form that was signed by both Plaintiffs. Mr. Jabalera and Mr. Jo were warned that the action

would be dismissed without further notice if they failed to cure the deficiencies within thirty days.

On May 17, 2010, the Plaintiffs submitted a "Civil Rights Action Under 42 USCS 1983 Compalints [sic] Under 2255," that was identical to the pleading they originally filed on April 26, 2010. Moreover, the pleading was signed only by Plaintiff Young Yil Jo. Plaintiffs have failed to file a complaint on the court-approved form that they have both signed and have also failed to either pay the filing fee or file motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, they have failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this  8th  day of   June  , 2010.

BY THE COURT:

Christine M Arguello
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00934-BNB

Jesus J. Jabalera E.
Prisoner No. 36283-013
Airpark Unite Corr. Center
3700 Wright Ave.
Big Spring, TX 79720

Young Yil Jo
Prisoner No. 01183-112
Airpark Unite Corr. Center
3700 Wright Ave.
Big Spring, TX 79720

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6|8|10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk